**Dismissed and Opinion Filed June 29, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-01478-CV

## IN THE ESTATE OF THOMAS PHILLIP HAMILTON, DECEASED

**On Appeal from the Probate Court No. 2**
**Dallas County, Texas**
**Trial Court Cause No. PR-17-02765-2**

## MEMORANDUM OPINION

Before Justices Lang, Myers, and Stoddart
Opinion by Justice Stoddart

Appellant's brief in this case is overdue. By order dated April 3, 2018, we granted appellant's motion to extend time to file her brief and ordered her brief to be filed by May 21, 2018. By postcard dated May 23, 2018, we notified appellant the time for filing her brief had expired. We directed appellant to file a brief and an extension motion within ten days. We cautioned appellant that failure to file a brief and an extension motion would result in the dismissal of this appeal without further notice. To date, appellant has not filed her brief nor otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 38.8(a)(1); 42.3(b), (c).


/Craig Stoddart/
CRAIG STODDART
JUSTICE

171478F.P05



# Court of Appeals
# Fifth District of Texas at Dallas
## JUDGMENT

IN THE ESTATE OF THOMAS PHILLIP
HAMILTON, DECEASED

No. 05-17-01478-CV

On Appeal from the Probate Court No. 2,
Dallas County, Texas
Trial Court Cause No. PR-17-02765-2.
Opinion delivered by Justice Stoddart.
Justices Lang and Myers participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellee s BRIAN HAMILTON AND RYAN HAMILTON
recover their costs of this appeal from appellant EVA SHIELLS.

Judgment entered this 29th day of June, 2018.